UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KRANSON, | Case No.: C-11-05826-YGR |
| Plaintiff, | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| vs. | |
| FEDERAL EXPRESS CORP., | |
| Defendants. | |

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, March 12, 2012 at 2:00 p.m. (previously set) |
| REFERRED for Mandatory Settlement Conference Before a Magistrate Judge to occur by: | April 16, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | July 27, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: June 15, 2012 |
| | Rebuttal: June 29, 2012 |
| EXPERT DISCOVERY CUTOFF: | July 27, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | August 28, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, September 7, 2012 |
| PRETRIAL CONFERENCE: | Friday, September 21, 2012 at 9:00 a.m. |
| TRIAL DATE: | Tuesday, October 9, 2012 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | TBD days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  The parties must comply with both the Court's Standing Order in Civil Cases and Standing
2  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing
3  Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

4  **IT IS SO ORDERED.**

5  Dated: February 14, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**