**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| TIM KRANSON, | No. C 11-05826 YGR (LB) |
| Plaintiff, | **ORDER RE SETTLEMENT CONFERENCE** |
| v. | |
| FEDERAL EXPRESS, | |
| Defendant. | |
| _____/ | |

On February 14, 2012, the above-captioned matter was referred to this court for a settlement conference. ECF No. 16 at 1. On February 17, 2012, the court issued its notice and order regarding the settlement conference. ECF No. 17 at 1. The order directs the plaintiff to make a settlement demand fourteen days before the settlement conference and the defendant to respond if no there have been no prior settlement discussions. *Id.* at 4. The parties did not comply with this requirement. The court therefore now **ORDERS** Plaintiff Tim Kranson to make a settlement demand by noon on Tuesday, March 27, 2012. Defendant Federal Express should respond by Thursday, March 29, 2012, and inform the court of the demand and response by 5:00 p.m. that day. Defendant may email the court this information at lbpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: March 26, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-05826 YGR (LB)
ORDER