UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KRANSON,<br><br>        Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORP.,<br><br>        Defendants. | Case No.: C-11-05826-YGR<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO ADJUST BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS** |

Plaintiff has filed an Administrative Motion to Adjust Briefing Schedule Regarding Defendant's Motion for Summary Judgment/Adjudication and Plaintiff's Cross-Motion for Summary Judgment/Adjudication. (Dkt. No. 33.) Defendant's counsel does not oppose an extension.

The parties' proposed schedule, however, fails to comply with the Court's Standing Order in Civil Cases at section 3, which states that: "Parties are advised that requests which, in effect, do not allow the Court two weeks from the filing of the last brief until the scheduled hearing date are denied routinely." The Court must be given *at least* two weeks from the filing of the last brief until the hearing date.

The Court hereby re-sets the briefing schedule for the cross-summary judgment motions as follows:

| | |
|---|---|
| Plaintiff's Opposition and Cross-Motion: | August 21, 2012 |
| Defendant's Reply and Opposition to Cross-Motion: | September 4, 2012 |
| Hearing on Cross-Motions: | September 18, 2012 at 2:00 p.m. |

***The parties are advised that they will not be relieved of any pre-trial deadlines*** in light of this extension on the summary judgment schedule. The parties shall comply with the requirements set

forth in the Court's Pretrial Setting Instructions Order, and adhere to the existing pre-trial dates. The joint pre-trial conference statement is due September 7, 2012. The pre-trial conference will be held on September 21, 2012. The trial is scheduled for October 9, 2012.

This Order terminates Dkt. No. 33.

**IT IS SO ORDERED.**

Dated: July 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**