UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| TIM KRANSON, | No. C 11-05826 YGR (LB) |
| Plaintiff, | **ORDER RE SETTLEMENT CONFERENCE** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

The court thanks the parties for their updated settlement conference statements for the settlement conference now scheduled for Thursday, September 27, 2012, at 2:30 p.m. Given the procedural posture of the case now, the court directs Plaintiff Tim Kranson to make a settlement demand to Federal Express as soon as possible and at least by 4 p.m. on Wednesday, September 26, 2012. Federal Express must respond to that demand as soon as possible and at least by Thursday, September 27, 2012 at 11:30 a.m. The court asks the parties to email the court at lbpo@cand.uscourts.gov with these positions at the same time that they communicate to each other. The court urges the parties to be creative with their proposals given the time available on Thursday.

**IT IS SO ORDERED.**

Dated: September 25, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-05826 YGR (LB)
ORDER