UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TIM KRANSON,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL EXPRESS CORPORATION, and DOES ONE through TWENTY, inclusive,<br><br>        Defendants. | Case No. CV11-05826-YGR<br><br>JUDGE YVONNE GONZALEZ ROGERS<br><br>[PROPOSED] ORDER PERMITTING FEDERAL EXPRESS CORPORATION'S TO USE INTERNET AND ELECTRONIC EQUIPMENT<br><br>Complaint Filed: October 28, 2011<br>Trial Date:      October 9, 2012<br>Time:            9:00 A.M.<br>Courtroom:      5 |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's counsel and staff be permitted to (1) bring into the courtroom and (2) use 3 laptops and internet during trial of this case.

Dated: October 1, 2012

_____
YVONNE GONZALEZ ROGERS
United States District Judge

953058 (60-13554)

1

[PROPOSED] ORDER PERMITTING DEFENDANT'S USE OF ELECTRONIC EQUIPMENT
Case No. CV11-05826-YGR

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614