LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (No. 103768)
P.BOBBY SHUKLA (No. 229736)
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel: (415) 986-1338
Fax: (415) 986-1231

Attorneys for Plaintiff
TIM KRANSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIM KRANSON,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION , and DOES ONE through TWENTY, inclusive,

Defendants.

Case No. 4-11-cv-05826-YGR

**ORDER RE PLAINTIFF'S MOTIONS IN LIMINE**

Complaint Filed: 10/28/11
Trial Date: 10/09/12

THE COURT HERERBY MAKES THE FOLLOWING ORDERS RE PLAINTIFF'S MOTIONS IN LIMINE:

| **NO.** | **TITLE** | **GRANTED** | **GRANTED WITH MODIFICATION** | **DENIED** |
|---|---|---|---|---|
| 1 | Argument or evidence suggesting that plaintiff's injury was caused by his own alleged unsafe conduct, including the OSHA investigation | | | Without prejudice to renew |
| 2 | Alleged financial difficulties experienced by FedEx | | | Without prejudice to renew |

| | | | | |
|---|---|---|---|---|
| 3 | Plaintiff's Workers' Compensation Recovery or Potential Recovery | X; but term "workers' compen-sation can be men-tioned. | | |
| 4 | Motion in limine to exclude evidence of plaintiff's application for and receipt of unemployment insurance benefits | | There can be reference to benefits generally but not the amount of money paid. | |
| 5 | Plaintiff's at-will status | X; there is no dispute plaintiff was at will | | |
| 6 | Defendant's Part-Time and/or Out of State Job Offers to plaintiff | | | x |
| | | | | |

IT IS SO ORDERED.

DATED: October 2, 2012

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE