1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (No. 103768)
2  P.BOBBY SHUKLA (No. 229736)
   353 Sacramento Street, Suite 1140
3  San Francisco, CA 94111
   Tel:      (415) 986-1338
4  Fax:      (415) 986-1231

5  Attorneys for Plaintiff
   TIM KRANSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIM KRANSON, | Case No. 4-11-cv-05826-YGR |
|---|---|
| Plaintiff, | **ORDER RE PLAINTIFF'S MOTIONS IN LIMINE** |
| v. | |
| FEDERAL EXPRESS CORPORATION, and DOES ONE through TWENTY, inclusive, | Complaint Filed: 10/28/11<br>Trial Date:          10/09/12 |
| Defendants. | |

THE COURT HERERBY MAKES THE FOLLOWING ORDERS RE PLAINTIFF'S MOTIONS IN LIMINE:

| NO. | TITLE | GRANTED | GRANTED WITH MODIFICATION | DENIED |
|---|---|---|---|---|
| 1 | Argument or evidence suggesting that plaintiff's injury was caused by his own alleged unsafe conduct, including the OSHA investigation | | | Without prejudice to renew |
| 2 | Alleged financial difficulties experienced by FedEx | | | Without prejudice to renew |

1

**ORDER re PLAINTIFF'S MOTIONS IN LIMINE**                                        No. 4-11-cv-05826-YGR

| | | | | |
|---|---|---|---|---|
| 3 | Plaintiff's Workers' Compensation Recovery or Potential Recovery | X; but term "workers' compen-sation can be men-tioned. | | |
| 4 | Motion in limine to exclude evidence of plaintiff's application for and receipt of unemployment insurance benefits | | There can be reference to benefits generally but not the amount of money paid. | |
| 5 | Plaintiff's at-will status | X; there is no dispute plaintiff was at will | | |
| 6 | Defendant's Part-Time and/or Out of State Job Offers to plaintiff | | | x |
| | | | | |

IT IS SO ORDERED.

DATED: October 2, 2012

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE