Charles W. Matheis Jr. (Bar No. 82476)
Carol D. DeFreitas (Bar No. 239769)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4638
Facsimile: (949) 862-4605
Email: charles.matheis-jr@fedex.com
Email: carol.defreitas@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

Stephen M. Murphy (Bar No. 103768 )
P. Bobby Shukla (Bar No. 229736 )
LAW OFFICES OF STEPHEN M. MURPHY
353 Sacramento Street, Suite 1140
San Fracisco, California 94111
Telephone: (415) 986-1338
Facsimile: (415) 986-1231
Email: smurphy@sick-leave.com
Email: bshukla@ sick-leave.com

Attorneys for Plaintiff
TIM KRANSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TIM KRANSON,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL EXPRESS CORPORATION, and DOES ONE through TWENTY, inclusive,<br><br>        Defendants. | Case No. CV11-05826-YGR<br><br>JUDGE YVONNE GONZALEZ ROGERS<br><br>~~PROPOSED~~ ORDER re DISCOVERY EXCERPTS AND OBJECTIONS<br><br>Complaint Filed: October 28, 2011<br>Trial Date:        October 9, 2012 |

THE COURT HERERBY MAKES THE FOLLOWING RULINGS RE DEFENDANT'S

OBJECTIONS TO PLAINTIFF'S PROPOSED DEPOSITION EXCERPTS:

950600 (60-13554)                   1
PROPOSED ORDER re DISCOVERY EXCERPTS AND OBJECTIONS
Case No. CV11-05826-YGR

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

| No. | Form of Excerpt | Designation in Dispute | Court's ruling |
|---|---|---|---|
| 1. | Deposition of Guy Capriulo | p. 31:11-15 | Overruled |
| | | p. 32:1-3 | Overruled |
| 2. | Deposition of Michael Blanchard | pp. 27:21-28:8 | Overruled |
| | | pp. 33:25-34:16 | Sustained |
| | | pp. 37:13-38:7 | Sustained |
| | | pp. 44:21-45:14 | Overruled |
| | | pp. 54:22-55:12 | Overruled |
| | | pp. 57:8-12 | Sustained |
| | | pp. 57:25-58:2 | Overruled |
| | | p. 60:18-21 | Overruled |
| | | pp. 65:11-66:5 | Overruled |
| 3. | Deposition of Reginald Wright | pp. 24:25-25:3 | Overruled |
| | | pp. 26:15-27:2 | Overruled |
| | | p. 28:17-19 | Overruled |
| | | p. 41:17-19 | Overruled |
| | | pp. 49:19-50:2 | Overruled |
| | | pp. 51:19-52:5 | Sustained |
| | | pp. 53:22-56:6 | Sustained |
| 4. | Deposition of Jack Stehr, MD | p. 42.3-23 | Overruled |
| | | pp. 44:19-45:2 | Overruled |
| | | pp. 45:1446 | Withdrawn |

950600 (60-13554)
2
PROPOSED ORDER re DISCOVERY EXCERPTS AND OBJECTIONS
Case No. CV11-05826-YGR

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

| 5. | Deposition of Kathleen Cline | p. 20:10-15 | Overruled |
| --- | --- | --- | --- |
| | | pp. 22:21-23:4 | Overruled |
| | | p. 24:22-24 | Overruled |
| | | p. 39:2-6 | Overruled |
| | | p. 80:8-10 | Overruled |
| | | | |
| | | | |

IT IS SO ORDERED.

DATED: October 2, 2012

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

950600 (60-13554)
PROPOSED ORDER re DISCOVERY EXCERPTS AND OBJECTIONS
3
Case No. CV11-05826-YGR