LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (No. 103768)
P.BOBBY SHUKLA (No. 229736)
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel:        (415) 986-1338
Fax:        (415) 986-1231

Attorneys for Plaintiff
TIM KRANSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KRANSON,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDERAL EXPRESS CORPORATION<br>, and DOES ONE through TWENTY,<br>inclusive,<br><br><br>            Defendants. | Case No.  4-11-cv-05826-YGR<br><br>**PLAINTIFF TIM KRANSON'S REQUEST AND [PROPOSED] ORDER TO USE INTERNET AND ELECTRONIC EQUIPMENT**<br><br>Complaint Filed:   10/28/11<br>Trial Date:        10/09/12 |

1

**PLAINTIFF TIM KRANSON'S REQUEST AND [PROPOSED]**                    No. 4-11-cv-05826-YGR
**ORDER TO USE INTERNET AND ELECTRONIC EQUIPMENT**

1

2          Plaintiff TIM KRANSON requests that the Court permit Plaintiff's counsel to 1) bring

3   into the courtroom and 2) use 2 laptops and internet during trial of this case.

4

5   Dated:  October 2, 2012                    LAW OFFICES OF STEPHEN M. MURPHY

6                                By:      /s/  Stephen M. Murphy
                                         Stephen M. Murphy
7                                        P. Bobby Shukla
                                         Attorneys for Plaintiff
8                                        TIM KRANSON

9

10

11         IT IS HEREBY ORDERED that Plaintiff's counsel shall be permitted to 1) bring

12  into the courtroom and 2) use 2 laptops and internet during trial of this case.

13

14  Dated:  October 3, 2012

15                                YVONNE GONZALEZ ROGERS
                                  UNITED STATES DISTRICT COURT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

2

**PLAINTIFF TIM KRANSON'S REQUEST AND [PROPOSED]**                    No. 4-11-cv-05826-YGR
**ORDER TO USE INTERNET AND ELECTRONIC EQUIPMENT**