1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (No. 103768)
2  P.BOBBY SHUKLA (No. 229736)
   353 Sacramento Street, Suite 1140
3  San Francisco, CA 94111
   Tel:        (415) 986-1338
4  Fax:       (415) 986-1231

5  Attorneys for Plaintiff
   TIM KRANSON

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | TIM KRANSON,                                 | Case No. 4-11-cv-05826-YGR |
12 |         Plaintiff,                           | **PLAINTIFF TIM KRANSON'S REQUEST AND [PROPOSED] ORDER TO USE INTERNET AND ELECTRONIC EQUIPMENT** |
13 |         v.                                   |  |
14 | FEDERAL EXPRESS CORPORATION, and DOES ONE through TWENTY, inclusive, | Complaint Filed:  10/28/11
Trial Date:        10/09/12 |
15 |                                              |  |
16 |         Defendants.                          |  |

---

1

| **PLAINTIFF TIM KRANSON'S REQUEST AND [PROPOSED] ORDER TO USE INTERNET AND ELECTRONIC EQUIPMENT** | No. 4-11-cv-05826-YGR |

Plaintiff TIM KRANSON requests that the Court permit Plaintiff's counsel to 1) bring into the courtroom and 2) use 2 laptops and internet during trial of this case.

Dated:  October 2, 2012                    LAW OFFICES OF STEPHEN M. MURPHY

                                    By:    /s/  Stephen M. Murphy
                                           Stephen M. Murphy
                                           P. Bobby Shukla
                                           Attorneys for Plaintiff
                                           TIM KRANSON

IT IS HEREBY ORDERED that Plaintiff's counsel shall be permitted to 1) bring into the courtroom and 2) use 2 laptops and internet during trial of this case.

Dated: October 3, 2012

                                           _____
                                           **YVONNE GONZALEZ ROGERS**
                                           **UNITED STATES DISTRICT COURT JUDGE**

2

**PLAINTIFF TIM KRANSON'S REQUEST AND [PROPOSED]**                    No. 4-11-cv-05826-YGR
**ORDER TO USE INTERNET AND ELECTRONIC EQUIPMENT**