UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KRANSON, | Case No.: C-11-05826-YGR |
|     Plaintiff, | **ORDER REQUIRING SUPPLEMENTAL POST-TRIAL BRIEFING** |
| vs. | |
| FEDERAL EXPRESS CORP., | |
|     Defendants. | |

The Court has reviewed the parties' post-trial briefing and responses regarding Plaintiff's claims for violation of Cal. Bus. & Prof. Code section 17200 and declaratory judgment. The Court finds that the parties' purported summaries of relevant witness testimony do not comply with the Court's instructions that the parties' briefs include citations to the record. The Court **ORDERS** that the parties revise their *previously-filed briefs* to include such references to the record. The parties shall contact the Court Reporter and meet and confer to propose a deadline by which their briefs can be supplemented with these additional references. The parties shall provide the Court with their proposed schedule by Friday, November 30, 2012.

**IT IS SO ORDERED.**

Dated: November 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**