UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM KRANSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>FEDERAL EXPRESS CORP.,<br><br>    Defendants. | Case No.: C-11-05826-YGR<br><br>**ORDER REGARDING PROPOSED SCHEDULE FOR SUPPLEMENTAL POST-TRIAL BRIEFING (DKT. NO. 135)** |

The parties have proposed submitting their supplemental post-trial briefs within three weeks of receipt of the transcript. (*See* Dkt. Nos. 134 & 135.) Accordingly, the parties are **ORDERED** to file their respective supplemental briefs no later than twenty-one (21) days after such receipt. The parties are further **ORDERED** to file a joint notice confirming the deadline immediately upon their receipt of the transcript.

**IT IS SO ORDERED.**

Dated: December 3, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**